CARL RUGO, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY

of Boston, Mass., Appellant.— Judgment of the City Court of Yonkers reversed upon the law, with costs, and complaint dismissed, with costs. The plaintiff did not establish a *prima facie* case. Moreover, the defendant established its defense of general release. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur. Settle order on notice.